# UNITED STATES COURT OF INTERNATIONAL TRADE

———————————————————————x

MPS INDUSTRIES, INC.                              :
                                                   :
                    Plaintiff,                     :
                                                   :
            v.                                      :        Court No. 23-00146
                                                   :
UNITED STATES,                                     :
                                                   :
                    Defendant.                     :
                                                   :
———————————————————————x

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that plaintiff, MPS Industries, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

Dated: Los Angeles, CA          GRUNFELD, DESIDERIO,
      January 30, 2026          LEBOWITZ, SILVERMAN &
                                  KLESTADT LLP
                                  *Attorneys for Plaintiff*
                                  707 Wilshire Blvd., Suite 4150
                                  Los Angeles, CA 90017
                                  Tel.: (213) 624-1970
                                  HLitman@gdlsk.com

By: /s/ Heather Litman
      Heather Litman

## ORDER OF DISMISSAL

Court No. 23-00146, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated:                    By: _____

15120461_1